UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOISE, an Idaho municipal corporation,<br><br>    Defendants. | Case No. 1:24-cv-00169-DCN<br><br>**ORDER** |

On April 2, 2024, Plaintiffs filed the instant lawsuit (Dkt. 1) and Motion for Preliminary Injunction (Dkt. 2). In their Motion, Plaintiffs request "that this Court expedite its consideration of this motion, so that it can be decided before 12:00 noon on April 19, 2024," when Plaintiffs plan to engage in conduct they fear might result in sanctions from Defendants. Dkt. 3, at 2. The Court and Counsel have communicated informally about a schedule for briefing and oral argument. Defendants do not oppose expedited briefing, but desire (understandably) as much time as the Court can afford them to fully respond to Plaintiff's Motion. The Court now issues the following order outlining how the case will proceed.

The request to expedite briefing is GRANTED as follows:

- Defendant's Response to Plaintiff's Motion for Preliminary Injunction is due on or before April 11, 2024. Plaintiffs' reply is due on or before April 14, 2024.

ORDER - 1

- The Court will hold a telephonic status conference on the record on Monday, April 8, 2024, at 4:30 pm to discuss the case as well as when to set oral argument on the Motion for Preliminary Injunction. ZOOM instructions will be sent separately.

DATED: April 3, 2024

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2