# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

CIVIL PROCEEDINGS: Motion Hearing [Docket 3]

| | |
|---|---|
| Chief Judge David C. Nye | Date: **April 16, 2024** |
| Case No. 1:24-cv-00169-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Coeur d'Alene (via Zoom) | Reporter: Tammy Hohenleitner |
| | Time: 12:00 – 1:01 PM |

### SIERRA CLUB v. CITY OF BOISE

| | |
|---|---|
| Counsel for Plaintiff: | Casey Parsons, David A. DeRoin, & Richard A. Eppink; Lisa Young representative for Sierra Club. |
| Counsel for Defendant: | Reid K. Peterson & Tyler D. Williams |

(X) After hearing argument, the Court ruled from the bench with an oral pronouncement: Granted preliminary injunction in part, as to the megaphone ordinance only.   No injunction on the parks ordinance.
(X) A written decision to be forthcoming.