**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**Casey Parsons** (ISB No. 11323)
casey@wrest.coop
**Megan M. Harrigfeld** (ISB No. 12571)
megan@wrest.coop
**WREST COLLECTIVE**
P.O. Box 102
Boise, Idaho  83701
208-742-6789 (phone)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **SIERRA CLUB**,<br><br>    Plaintiff,<br><br>vs.<br><br>**CITY OF BOISE**, an Idaho municipal corporation,<br><br>    Defendant. | Case No. 1:24-cv-00169-DCN<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE TO MAY 9, 2025** |

The parties, through their respective counsel, hereby stipulate to and request that the Court extend the deadline to file dispositive motions to May 9, 2025, based on the following good cause:

- The Court extended the dispositive motion deadline (Dkt. 38) from February 28, 2025, to March 14, 2025, and then again to April 11, 2025, each time pursuant to the parties' stipulations that sought additional time to further negotiate a potential resolution of this case.

**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** – Page 1

- The parties have continued to productively negotiate towards a potential resolution and earlier today reached a tentative agreement in concept.

- Counsel are now preparing a settlement agreement that will require review and approval by Plaintiff's and Defendant's respective decisionmakers. Delaying the dispositive motion deadline until May 9, 2025, will promote settlement of this case and judicial economy.

DATED this 11th day of April, 2025.

        NAYLOR & HALES, P.C.

        By */s/ Reid K. Peterson*
           REID K. PETERSON, Of the Firm
           Attorneys for Defendant City of Boise

        WREST COLLECTIVE

        By */s/ Richard Eppink*
           RICHARD EPPINK
           Attorneys for Plaintiff Sierra Club