**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**Casey Parsons** (ISB No. 11323)
casey@wrest.coop
**Megan M. Harrigfeld** (ISB No. 12571)
megan@wrest.coop
**WREST COLLECTIVE**
P.O. Box 102
Boise, Idaho 83701
208-742-6789 (phone)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **SIERRA CLUB**,<br><br>    Plaintiff,<br><br>vs.<br><br>**CITY OF BOISE**, an Idaho municipal corporation,<br><br>    Defendant. | Case No. 1:24-cv-00169-DCN<br><br>**STIPULATION FOR 90-DAY STAY PURSUANT TO SETTLEMENT AGREEMENT** |

The parties, through their respective counsel, hereby stipulate to and request that the Court stay proceedings in this case for 90 days, on the basis of the parties' settlement agreement, attached to this stipulation as Exhibit A, and to allow performance of that agreement so that this case may be dismissed.

DATED this 22nd day of May, 2025.

                                           NAYLOR & HALES, P.C.

                                           By */s/ Reid K. Peterson*
                                                REID K. PETERSON, Of the Firm

**STIPULATION FOR 90-DAY STAY** – Page 1

       Attorneys for Defendant City of Boise

WREST COLLECTIVE

By */s/ Richard Eppink*
   RICHARD EPPINK
   Attorneys for Plaintiff Sierra Club

**STIPULATION FOR 90-DAY STAY** – Page 2