UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRA CLUB,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BOISE, an Idaho municipal corporation,<br><br>          Defendant. | Case No. 1:24-cv-00169-DCN<br><br>**ORDER** |

Before the Court is the parties' Stipulation for 90-Day Stay Pursuant to Settlement Agreement ("Stipulation"). Dkt. 45. Having reviewed the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Stipulation (Dkt. 45) is **APPROVED**;

2. All proceedings in this case are **STAYED** for 90 days, until August 19, 2025;

3. The parties shall file a joint status report on August 19, 2025, advising the Court whether this matter will proceed or be dismissed.

DATED: May 22, 2025

David C. Nye
Chief U.S. District Court Judge

ORDER – 1