Tyler D. Williams   [ISB No. 8512]
Reid K. Peterson   [ISB No. 10091]
NELSON | WILLIAMS
Attorneys at Law
999 W. Main Street, Suite 500
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: tyler@nelsonwilliamslaw.com; reid@nelsonwilliamslaw.com;

Attorneys for Defendant City of Boise

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOISE, an Idaho municipal corporation,<br><br>    Defendant. | Case No. 1:24-cv-00169-DCN<br><br>**NOTICE OF FIRM NAME CHANGE** |

**NOTICE IS HEREBY GIVEN**, pursuant to Local Rule 83.6(d), effective June 9, 2025, the law firm previously named Naylor & Hales, P.C., is now named Nelson | Williams.

Our email addresses have been changed to tyler@nelsonwilliamslaw.com; and reid@nelsonwilliamslaw.com. Our phone number and address will remain the same.

DATED this 12th day of June, 2025.

                                NELSON | WILLIAMS

                                By */s/ Reid K. Peterson*
                                   REID K. PETERSON, Of the Firm
                                   Attorneys for Defendant City of Boise

**NOTICE OF FIRM NAME CHANGE - 1.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of June, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Richard Eppink | ritchie@wrest.coop |
| Casey Parsons | casey@wrest.coop |
| David A. DeRoin | david@wrest.coop |
| Megan Harrigfeld | megan@wrest.coop |
| *Attorneys for Plaintiff* | |

                                              ***/s/ Reid K. Peterson***
                                              REID K. PETERSON