**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**Casey Parsons** (ISB No. 11323)
casey@wrest.coop
**Megan M. Harrigfeld** (ISB No. 12571)
megan@wrest.coop
**WREST COLLECTIVE**
P.O. Box 102
Boise, Idaho 83701
208-742-6789 (phone)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **SIERRA CLUB**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF BOISE**, an Idaho municipal corporation, <br><br> Defendant. | Case No. 1:24-cv-00169-DCN <br><br> **STIPULATION TO DISMISS** |

Pursuant to the Conditional Release and Settlement Agreement filed at Document No. 45-1 in this case, the parties hereby stipulate that this case may be dismissed with prejudice as to Plaintiff's claims against the facial validity of the City Code provisions that Plaintiff challenged in this lawsuit, as amended, but without prejudice as to any claims challenging enforcement of those provisions as applied to particular situations or any future City restrictions on sound, amplified sound, noise, or park use.

**STIPULATION TO DISMISS** – Page 1

DATED this 20th day of August, 2025.

        NAYLOR & HALES, P.C.

        By */s/ **Reid K. Peterson***
           REID K. PETERSON, Of the Firm
           Attorneys for Defendant City of Boise

        WREST COLLECTIVE

        By */s/ **Richard Eppink***
           RICHARD EPPINK
           Attorneys for Plaintiff Sierra Club