UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRA CLUB,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF BOISE, an Idaho municipal corporation,<br><br>                Defendant. | Case No. 1:24-cv-00169-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the parties' Stipulation to Dismiss (Dkt. 48) and Conditional Release and Settlement Agreement (Dkt. 45-1), **IT IS HEREBY ORDERED**:

1. This case is **DISMISSED WITH PREJUDICE** as to Plaintiff's claims against the facial validity of the City Code provisions that Plaintiff challenged in this lawsuit, as amended, but is **DISMISSED WITHOUT PREJUDICE** as to any claims challenging the enforcement of the aforementioned provisions as applied to particular situations or to any future City restrictions on sound, amplified sound, noise, or park use;

2. This case is **closed**.

DATED: August 25, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1